

# Fourth Court of Appeals
## San Antonio, Texas

March 7, 2019

No. 04-19-00102-CV

**IN THE INTEREST OF K.J.G., JR., ET. AL**.,

From the 438th Judicial District Court, Bexar County, Texas
Trial Court No. 2017-PA-01856
Honorable Charles E. Montemayor, Judge Presiding

# O R D E R

The notification of late record filed by the clerk's office is hereby GRANTED. Time is extended to March 8, 2019.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 7th day of March, 2019.

_____
KEITH E. HOTTLE,
Clerk of Court